# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SHANNON JENKINS, | ) |
|                Plaintiff, | ) Case No. 1:23-cv-00096-GBW |
| v. | ) |
| ALBIREO PHARMA, INC., DAVID CHISWELL, SUSAN ALESINA, RONALD H.W. COOPER, HABIB DABLE, MICHAEL GUTCH, CRAIG HOPKINSON, STEPHANIE S. OKEY, and DAVEY S. SCOON, | ) JURY TRIAL DEMANDED |
|                Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: March 17, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*